IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CINCINNATI INSURANCE COMPANY                    PLAINTIFF

v.                         No. 4:25-cv-463-DPM

TERRA-WORKS, INC; RODNEY
DARDENNE; BRIAN MEARS; LEILANI
MEARS; and BRIAN AND LEILANI
MEARS REVOCABLE TRUST                           DEFENDANTS

## ORDER

Rule 56(d) request for more time, *Doc. 24*, noted.  To evaluate the request, the Court needs specifics:  about particular individuals, documents, or things;  what specific facts they would (probably) show; and why those facts are material to summary judgment.  *Toben v. Bridgestone Retail Operations, LLC*, 751 F.3d 888, 895 (8th Cir. 2014). In the circumstances, Terra-Works and Dardenne must also provide good reasons why they haven't complied with this Court's October 2025 Final Scheduling Order, which provided seven months for discovery.  That period closed in late May, on the date they sought more time.  Terra-Works and Dardenne are, in effect, seeking an amended Scheduling Order.  They must show good cause for that step.  Fed. R. Civ. P. 16(b)(4).

Terra-Works and Dardenne's second affidavit and supplemental response due by 24 June 2026.  In the alternative, they may respond to

-2-

the summary judgment motion by that date.  Cincinnati may file a supplemental reply within ten calendar days of these defendants' additional papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____11 June 2026_____

-2-